IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GAVIN CLARKSON,

       Plaintiff,

                                                        No. 2:18-cv-00870-KRS-GBW

v.

BOARD OF REGENTS OF NEW
MEXICO STATE UNIVERSITY, *et al.*,

       Defendants.

## ORDER STRIKING NOTICE

**THIS MATTER** comes before the Court on Plaintiff's "Notice of Compliance with Court Order Dated August 5, 2019 . . . and Request for Additional Time to Serve Two Remaining Defendants." (Doc. 33). Although a portion of this document aims to notify the Court as to the status of services of process, usually accomplished by a return of service, the remainder seeks substantive relief from the Court. Pursuant to Federal Rule of Civil Procedure 7, "[a] request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). Here, Plaintiff failed to follow Rule 7 and file the required motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's notice is hereby **STRICKEN**. If Plaintiff seeks a Court order allowing additional time to serve the two Defendants identified in the notice, Plaintiff shall file a motion.

                                                                       _____
                                                                       KEVIN R. SWEAZEA
                                                                       UNITED STATES MAGISTRATE JUDGE