IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DR. GAVIN CLARKSON, an individual,

Plaintiff,

Civ. No. 18-870 KRS/GBW

v.

BOARD OF REGENTS OF NEW MEXICO
STATE UNIVERSITY, DAN HOWARD in his
individual capacity and official capacity as
Provost; JAMES HOFFMAN in his individual
capacity and official capacity as Dean; ENRICO
PONTELLI in his individual capacity and
official capacity as Hearing Officer, and
NANCY ORETSKIN in her individual capacity
and official capacity.

Defendants.

### NOTICE OF DISMISSAL OF JAMES HOFFMAN PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

COMES NOW, DR. GAVIN CLARKSON and hereby dismisses Defendant JAMES HOFFMAN pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice. Defendant Hoffman has neither filed an Answer nor a Motion for Summary Judgment.

HOWARD & HOWARD ATTORNEYS, PLLC

Brian J. Pezzillo, Esq.
NM Bar #9029
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Ph: 702-667-4839
Facsimile: 702-567-1568
bjp@h2law.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Dismissal of James Hoffman** was served electronically using the CM/ECF E-file and Serve system on the 8th day of October, 2019, to the following:

Christa Hazlet
320 Gold SW, Suite 800
Albuquerque, NM 87102

Dated: this 8th day of October, 2019.

By: __/s/ Amber Clayton_____
      An employee of Howard & Howard Attorneys PLLC