Office of the Provost

Menu | 🔍

NMSU > Office of the Provost > Vice President for Research Search and My Retirement

# Vice President for Research Search and My Retirement

By Daniel J. Howard | Published January 25, 2018

The research and creative activities enterprise at New Mexico State University is large and complex. With more than $100 million in research expenditures, NMSU is an important center for research on water, sustainable agriculture, desertification, chile, cotton, onion, alfalfa, emerging infectious diseases, cancer, health disparities, symbiosis, bird behavior, neuroscience, nanomaterials, software engineering, artificial intelligence, smart grids, the sun, the Milky Way, engineering psychology, cognitive psychology, borderland studies, race/ethnicity, early childhood development, pedagogy, and Renaissance science, to name only a few. NMSU is also a center for creative activities in studio art, performance art, dance, and writing. These research and creative activities inform our teaching and our service and ensure that our students receive a first-rate education from leading scholars who are at the forefront of discovery.



Daniel Howard, Ph.D.
Provost, NMSU

In light of the importance of research at NMSU, and the challenges associated with funding the research and creative activities enterprise, the hiring of a new Vice President for Research has real significance for the university. Two candidates for the position have now visited campus; a third is visiting today and two more interviews are scheduled over the course of the next two weeks. I encourage everyone associated with scholarly activities to become acquainted with the five candidates and attend an open forum, if possible. Your evaluations of the candidates will important role in the selection process.

EXHIBIT A

I hope everyone had a good holiday break, filled with the pleasure of spending time with family and friends, and that you have been able to begin the spring 2018 semester with recharged batteries and renewed enthusiasm. The holiday season provided me with much needed down time and time for reflection. After long discussions with my wife, Jenifer, I have decided to retire this summer, probably on August 1. The past five years have been rewarding and I am proud of the work that I have done with Chancellor Carruthers and all of you, capped by a very successful HLC review team visit this November. Serving as Provost of New Mexico State University has been the highlight of my professional life, and I am grateful to everyone at NMSU for your dedication to this institution and its students. I look forward to making the next six or seven months as productive as possible, and to advancing the mission of the university while in retirement.

With all best wishes,



This entry was posted in **Provost's Post**. Bookmark the **permalink**. Follow any comments here with the **RSS feed for this post**. Both comments and trackbacks are currently closed.

« Activity Report for Week of January 13 – January 19

Activity Report for Week of January 20 – January 26 »

# Features

**NEW – Procedural Change regarding replacing Department Heads and Associate Deans**

Provost Carol Parker

Advising Information

Meta Majors at NMSU

Syllabus Resources

General Education Taskforce

- New Mexico Statewide General Education
- NMSU Phonebook
- Academic Calendar

# NMSU is a Hispanic-serving Institution

## Mailing Address

Office of the Provost
MSC 3445
New Mexico State University
P.O. Box 30001
Las Cruces, NM 88003-8001

## Contact Us

Phone: (575) 646-2594

Location: Guthrie Hall 109 (Campus Map)

Contact Form

## Scheduling Inquiries

For questions regarding the Provost's schedule, contact **Loretta Campolla-Ybarra** via email or at (575) 646-2594.

© 2016 New Mexico State University - Board of Regents

EXHIBIT B
tabbies®

**Dr. Gavin Clarkson**
@DrGavinClarkson

According to @thenewmexican, the radical leftist asylum lawyer & former NMSU professor associated with the fake plagiarism dossier @benraylujan brought up on @MSNBC now admits that most southern border asylum cases are fraudulent. #fakedossier #nmpol #tcot santafenewmexican.com/news/local_new...

**Most asylum-seekers at border will not qualify**
Many don't know that unless they can prove they've been persecuted in their home countries for specific reasons, their chances of obtaining asylum are extremely low.
Santa Fe New Mexican @thenewmexican

9:16 PM · 1 Aug 2019

Aug 2

**Martin van Bureau**
@Not_Fade__Away

Replying to @DrGavinClarkson @thenewmexican and 2 others
big brave boys in the militia here just plan a little shootin' pic.twitter.com/O4Y3e1XBOE
View conversation

Aug 6


@QPatriot17

Replying to @DrGavinClarkson @thenewmexican and 2 others
Dr. Gavin, let's team up and win this Senate Seat away from Radical Conspiracy Theorist Ben Ray.
View conversation

Aug 17

**Martin van Bureau**
@Not_Fade__Away

Replying to @DrGavinClarkson @thenewmexican and 2 others
NOT TRUE. but Gavin be a militia man (portly variety). waiting to take a shot at someone. pic.twitter.com/EjWw4IDw2E
View conversation