setIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GAVIN CLARKSON,

    Plaintiff,

v.                                                No. 2:18-cv-00870-KRS-GBW

BOARD OF REGENTS OF THE NEW
MEXICO STATE UNIVERSITY, *et al.,*

    Defendant.

### ORDER SETTING TRIAL SCHEDULING CONFERENCE

**THIS MATTER** comes before the Court *sua sponte*. Having reviewed the record, the Court will set this case for a telephonic trial-scheduling conference on **May 11, 2020 at 10:00 a.m.** to determine the scheduling and location of the trial and other significant pre-trial hearings. The parties shall call **(888) 398-2342** and enter access code **8193818** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                    _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE