IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GAVIN CLARKSON,

    Plaintiff,

v.                                          Civ. No. 18-870 KRS/GBW

BOARD OF REGENTS OF NEW
MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

### ORDER GRANTING EXTENSION OF EXPERT DISCLOSURE DEADLINES

THIS MATTER comes before the Court on the parties' Stipulation and Order to Extend Plaintiff and Defendants' Expert Disclosure Deadlines. *Doc. 70*. Having reviewed the parties' stipulation and being otherwise fully advised in the premises, the Court finds good cause to GRANT an extension of the parties' expert disclosure deadlines.

IT IS THEREFORE ORDERED that deadlines are extended as follows:

| Old Deadlines | New Deadlines |
|---|---|
| Plaintiff's Deadline: October 9, 2020 | November 9, 2020 |
| Defendants' Deadline: November 9, 2020 | December 9, 2020 |

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE