# EXHIBIT 1-A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DR. GAVIN CLARKSON, an individual,**

**Plaintiff,**

                              Civ. No. 18-870 KRS/GBW

**v.**

**BOARD OF REGENTS OF NEW MEXICO
STATE UNIVERSITY, DAN HOWARD in his
individual capacity and official capacity as
Provost; JAMES HOFFMAN in his individual
capacity and official capacity as Dean; ENRICO
PONTELLI in his individual capacity and
official capacity as Hearing Officer, and
NANCY ORETSKIN in her individual capacity
and official capacity.**

**Defendants.**

## NOTICE OF LODGING OF EXHIBIT 1-A TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING VIOLATION OF DUE PROCESS – 42 U.S.C. § 1983

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that Plaintiff Dr. Gavin Clarkson ("Plaintiff" or "Dr. Clarkson") hereby lodges Exhibit 1-A to Plaintiff's Motion For Partial Summary Judgment Regarding Violation Of Due Process – 42 U.S.C. § 1983 - a true and copy of the Dr. Clarkson's pre-termination administrative hearing recording (the CD with the audio recording is forthcoming in the mail).

                              Respectfully Submitted,

                              HOWARD & HOWARD ATTORNEYS, PLLC

                              __*/s/ Brian J. Pezzillo*_____
                              Brian J. Pezzillo, Esq.
                              NM Bar #9029

3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Ph: 702-667-4839
Facsimile: 702-567-1568

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2021 I filed the foregoing **NOTICE OF LODGING OF EXHIBIT 1-A TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING VIOLATION OF DUE PROCESS – 42 U.S.C. § 1983** electronically through CM/ECF system, which caused all counsel of record to be served electronically:

Christa M. Hazlett, Esq.
Kathy L. Black, Esq.
320 Gold SW, Suite 800
Albuquerque, NM 87102
klb@conklinfirm.com;
cmh@conklinfirm.com

*Attorneys for Defendants*

| *VIA UPS:* | *VIA UPS:* |
|---|---|
| Christa M. Hazlett, Esq.<br>Kathy L. Black, Esq.<br>320 Gold SW, Suite 800<br>Albuquerque, NM 87102<br>klb@conklinfirm.com;<br>cmh@conklinfirm.com<br><br>*Attorneys for Defendants* | The Honorable Kevin R. Sweazea<br>United States District Court<br>For the District of New Mexico<br>100 N. Church Street, Suite 520<br>Las Cruces, New Mexico 88001 |

Respectfully Submitted,

HOWARD & HOWARD ATTORNEYS, PLLC

 */s/ Brian J. Pezzillo*
Brian J. Pezzillo, Esq.
NM Bar #9029
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Ph: 702-667-4839
Facsimile: 702-567-1568
bjp@h2law.com

4815-4901-2182, v. 1