IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DR. GAVIN CLARKSON, an individual,

    Plaintiff,

v.                                          Civ. No. 18-870 KRS/GBW

BOARD OF REGENTS OF NEW MEXICO
STATE UNIVERSITY, et al.,

    Defendants.

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendants' Motion for Summary Judgment, (Doc. 74), and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendants on all of Plaintiff's claims, which are dismissed with prejudice.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent