IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DR. GAVIN CLARKSON, an individual**

    **Plaintiff,**

    vs.                                          No. 2:18-cv-870-KRS/GBW

**BOARD OF REGENTS OF NEW MEXICO STATE UNIVERSITY, DAN HOWARD in his individual capacity and official capacity as Provost; JAMES HOFFMAN in his individual capacity and official capacity as Dean; ENRICO PONTELLI in his individual capacity and official capacity as Hearing Officer, and NANCY ORETSKIN in her individual capacity and official capacity.**

    **Defendants.**

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

This matter is before the Court on Brian J. Pezzillo's Unopposed Motion for Withdrawal as Counsel and Notice of Substitution of Counsel. Mr. Pezzillo seeks to withdraw as counsel for Plaintiff Dr. Gavin Clarkson and states that Dr. Clarkson consents to the withdrawal of counsel. Counsel for Defendants has likewise been contacted and has no objection to the withdrawal and substitution of counsel. Dr. Clarkson intends on proceeding in this matter, pro se, on his own behalf. Dr. Clarkson's contact information is as follows:

    1110 N. Tornillo
    Las Cruces, NM 88001
    gavin.clarkson@gmail.com
    713-791-4161

**IT IS ORDERED** that Brian J. Pezzillo's Unopposed Motion for Withdrawal as Counsel and Notice of Substitution of Counsel is **GRANTED**.

_____
United States Magistrate Judge